No. 73–117. IKARD ET AL. v. ESTATE OF WYCHE ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–119. TRUSTEES OF BECK INDUSTRIES, INC. v. FELDMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–124. ALKIRE ET AL. v. CASHMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–125. ALBERT ET AL. v. CHEMICAL LEAMAN TANK LINES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–129. GRINNELL CORP. v. HACKETT, DIRECTOR, DEPARTMENT OF EMPLOYMENT SECURITY OF RHODE ISLAND, ET AL. C. A. 1st Cir. Certiorari denied.

No. 73–132. FRANKLIN ET UX. v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 73–135. KING NUT Co. v. BEER NUTS, INC. C. A. 6th Cir. Certiorari denied.

No. 73–137. RICE ET AL. v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 73–139. CHEVRON CHEMICAL COMPANY, ORONITE DIVISION v. LIBERTY MUTUAL INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–141. SOUTHLAND MANUFACTURING CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.